IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| Shannon Dean Barlow, | ) | |
|---|---|---|
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 12-00253-KD-N |
| | ) | |
| Dewayne Estes, Warden, *et al.*, | ) | |
| Respondent. | ) | |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated October 8, 2013 is **ADOPTED** as the opinion of this Court with one exception: Petitioner Shannon Dean Barlow's successive habeas corpus petition (Doc. 11) is **DISMISSED without prejudice** for lack of jurisdiction due to his failure to comply with 28 U.S.C. § 2244(b)(3)(A). Additionally, Petitioner Shannon Dean Barlow is not entitled to a certificate of appealability and is therefore not entitled to appeal *in forma pauperis*.

**DONE** and **ORDERED** this the **4th** of **November 2013.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**